IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KAYO KINTA BOOKER, #T4131                                          PETITIONER

VS.                                              CIVIL ACTION NO. 5:07cv98DCB-MTP

STATE OF MISSISSIPPI                                               RESPONDENT


## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 18th day of June, 2009.


                                                    s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE